# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JAMES BARTON,<br><br>            Plaintiff,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL INSURANCE CO., an Iowa Corporation; MIDWEST FAMILY ADVANTAGE INSURANCE CO., and Iowa Corporation; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive,<br><br>            Defendants. | 2:21-cv-01327-JAD-VCF<br><br>**ORDER** |

The court has received correspondence from defense counsel requesting an informal telephonic hearing to address a discovery dispute.

This matter will be set for a telephonic hearing on the record.

Accordingly,

IT IS HEREBY ORDERED that a telephonic hearing is scheduled for 2:00 PM, November 8, 2021.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. Recording of the proceedings is prohibited.

DATED this 5th day of November, 2021.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE