MARTIN I. MELENDREZ, ESQ.
Nevada Bar No. 7818
CHRISTOPHER M. KELLER, ESQ.
Nevada Bar No. 7399
**HAWKINS MELENDREZ, P.C.**
9555 Hillwood Drive, Suite 150
Las Vegas, Nevada 89134
Phone: (702) 318-8800
Fax: (702) 318-8801
mmelendrez@hawkinsmelendrez.com
ckeller@hawkinsmelendrez.com
*Attorneys for Midwest Family Mutual Insurance Co, and Midwest Family Advantage Insurance Co.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES BARTON,<br><br>  Plaintiff,<br><br>vs.<br><br>MIDWEST FAMILY MUTUAL INSURANCE CO., an Iowa Corporation; MIDWEST FAMILY ADVANTAGE INSURANCE CO., and Iowa Corporation; DOES I-XX, inclusive; and ROE CORPORATIONS I-XX, inclusive,<br><br>  Defendants. | Case No.  2:21-cv-01327-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF Nos. 10, 18 |

**IT IS HEREBY STIPULATED and AGREED**, by and between the parties, MIDWEST FAMILY MUTUAL INSURANCE CO., by and through its attorney of record, MARTIN I. MELENDREZ, ESQ. and CHRISTOPHER M. KELLER, ESQ., of HAWKINS MELENDREZ, P.C., and Plaintiff JAMES BARTON, by and through his attorney, ROBERT W. COTTLE, ESQ. of THE COTTLE FIRM, that the above entitle matter be dismissed with prejudice, each party to bear their own

. . .

. . .

1

attorney's fees and costs.

DATE this 23 day of October 2021.      DATE this 22nd day of October 2021.

**HAWKINS MELENDREZ, P.C.**            **THE COTTLE FIRM**

_____      _____
MARTIN I. MELENDREZ, ESQ.              ROBERT W. COTTLE, ESQ.
Nevada Bar No. 7818                    Nevada Bar No. 4576
CHRISTOPHER M. KELLER, ESQ.            8635 S. Eastern Ave.
Nevada Bar No. 7399                    Las Vegas, NV 89123
9555 Hillwood Drive, Suite 150         *Attorney for Plaintiff*
Las Vegas, Nevada 89134
*Attorneys for Midwest Family Mutual
Insurance Co.*

## ORDER

Based on the parties' stipulation **[ECF No. 18]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. All pending motions **[ECF No. 10]** are DENIED as moot. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: November 24, 2021

2